UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR00340 HEA |
| | ) |
| LUIS ENRIQUE AVALOS-MONTANEZ, | ) |
| DANTE JONES, | ) |
| | ) |
| Defendants. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 17, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendants' guilty pleas to the Indictment and their signed Stipulations of Facts Relative to Sentencing wherein the defendants agreed to the forfeiture of certain specified assets as set forth in the Preliminary Order of Forfeiture;

AND WHEREAS, in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 20, 2010, and ending on December 19, 2010, and further notified all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and, to the extent practicable, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, and;

WHEREAS, the Court has been advised that no third party petitions have been filed claiming an interest in the property sought to be forfeited;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendants is hereby condemned and forfeited as to all parties, and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law:

    (c)   $4,989 in U.S. currency;

    (d)   $8,034 in U.S. currency;

    (e)   2007 Cadillac Escalade VIN 3GYFK62897179181;

    (f)   Springfield Armory 45 caliber handgun, Serial No. XD602282;

    (g)   BJT .38 Special 2 shot derringer, Serial No. 007258; and

    (h)   One magazine containing 13 rounds of 45 caliber ammunition.

2. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this 25th day of January, 2011.

_Henry Edward Autrey_
HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE